IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J3D PARTNERS, L.P.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | 1:12-CV-1070  AWI GSA<br><br>ORDER CLOSING CASE IN LIGHT OF RULE 41(a) STIPULATION OF DISMISSAL WITH PREJUDICE |

　　　Rule 41(a)(1), in relevant part, reads:

　　　(A) . . . the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared. . . . (B) Unless the notice or stipulation states otherwise, the dismissal is without prejudice.

Rule 41(a)(1) dismissals are effective upon filing and do not need a court order.  See id.; see also In re Wolf, 842 F.2d 464, 466 (D.C. Cir. 1989); Eitel v. McCool, 782 F.2d 1470, 1472-73 & n.4 (9th Cir. 1986).

　　　On August 12, 2013, the parties filed stipulation for dismissal of this case with prejudice. See Doc. No. 17.  The notice is signed by all parties who have appeared in the case.  In light of ths stipulation, the case terminated on August 12, 2013.  See Fed. R. Civ. Pro. 41(a)(1)(A)(ii).

　　　Therefore, IT IS HEREBY ORDERED that the Clerk is to CLOSE this case in light of the parties' filed and properly signed Rule 41(a)(1) Stipulation Of Dismissal with prejudice.

IT IS SO ORDERED.

Dated:　　August 13, 2013　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　SENIOR  DISTRICT  JUDGE